IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) Case No.: |
| v. | )<br>) Judge<br>) |
| COCONO TRUCKING, INCORPORATED an Illinois corporation | ) Magistrate Judge<br>)<br>) |
| Defendant. | )<br>) |

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, LLP complain against Defendant, COCONO TRUCKING, INCORPORATED, an Illinois corporation, as follows:

### JURISDICTION AND VENUE

1. (a) Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

(b) Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered.

## PARTIES

2.    (a)    Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

    (b)    The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to trust agreements and are funded through employer contributions required by collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

    (c)    The Funds are maintained and administered in this judicial district in accordance with and pursuant to the provisions of ERISA, the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3.    (a)    COCONO TRUCKING, INCORPORATED, an Illinois corporation, from June 1, 2017 through December 31, 2022, employed employees represented by the Union and was bound to make contributions for weeks worked by all employees and upon subcontractors who performed work which would otherwise be performed by its employees.

    (b)    COCONO TRUCKING, INCORPORATED, maintains its principal place of business at Bensenville, Illinois.

    (c)    COCONO TRUCKING, INCORPORATED, is an employer engaged in an industry affecting commerce.

2

4.	Effective June 1, 2017 COCONO TRUCKING, INCORPORATED, entered into Area Wide Material Hauling Agreements with Teamsters 673, as confirmed with the Local, which bound it to the terms stated in the then current Area Wide Material Hauling Agreements that are effective for the period from June 1, 2017 through May 31, 2019, as extended, through and including December 31, 2022, which required contributions to the Funds pursuant to 29 U.S.C. 1145 (Exhibit A). COCONO TRUCKING, INCORPORATED, has not sent a notice of termination.

5.	Pursuant to the collective bargaining agreements between COCONO TRUCKING, INCORPORATED, and the Union, COCONO TRUCKING, INCORPORATED, failed and continues to fail to make its obligated contributions to the Fund for the period June 1, 2017 through December 31, 2022 as disclosed in an audit conducted on September 3, 2024 (Exhibit B).

6.	The audit disclosed $44,793.57 due the Welfare Fund and $35,957.72 due the Pension Fund for a total of $80,751.29.

WHEREFORE, Plaintiffs pray:

A.	This court enter judgment in favor of the Plaintiffs and against COCONO TRUCKING, INCORPORATED, an Illinois corporation in the amount of the audit, $80,751.29.

B.	That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and as required by the relevant collective bargaining agreements and trust agreements creating the Welfare and Pension Funds.

C.      That the Court grant such further relief as it deems just and proper.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
          One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive
Suite 600
Chicago, Illinois 60601
(312) 236-0415

4

# EXHIBIT A

W

Cocono Trucking, Inc.
439 W. Hillside Dr./Apt. #1
Bensenville, IL 60106
Phone: 312-342-3751



**ORIGINAL**

THE

AREA WIDE MATERIAL HAULING AGREEMENT

BETWEEN

TEAMSTERS LOCAL 673

Cocono Trucking, Inc

EFFECTIVE JUNE 1, 2015 THROUGH MAY 31, 2019



THE TERMS AND CONDITIONS OF SAID TRAINING FUND.

### ARTICLE 39
### DURATION AND TERMINATION

39.1 THIS AGREEMENT SHALL BECOME EFFECTIVE ON JUNE 1, 2015 AND SHALL REMAIN IN FULL FORCE AND EFFECT UNTIL AND INCLUDING MAY 31, 2019. AFTER MAY 31, 2019, THIS AGREEMENT SHALL BE RENEWED AUTOMATICALLY FOR PERIODS OF ONE (1) YEAR UNLESS EITHER THE EMPLOYER OR THE UNION GIVES WRITTEN NOTICE TO THE OTHER OF A DESIRE TO MODIFY, AMEND OR TERMINATE SAME AT LEAST SIXTY (60) DAYS PRIOR TO THE EXPIRATION OF ANY SUCH PERIOD.

THE COMPANY AND THE UNION AGREE TO MEET FOR NEGOTIATIONS OF DRUG LANGUAGE, TO BE ATTACHED TO THIS AGREEMENT.

IN WITNESS WHEREOF THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS ___1ST___ DAY OF ___June___, 2017.

FOR THE EMPLOYER:

_[signature]_
SIGNATURE
OWNER
TITLE
439 W Hillside Dr. Apt #1
ADDRESS
Bensenville, IL 60106

312-342-3751
PHONE #

Cocono Trucking, Inc.
439 W. Hillside Dr./Apt. #1
Bensenville, IL 60106
Phone: 312-342-3751

FOR THE UNION:

_[signature]_
TIMOTHY L. CUSTER
SECRETARY-TREASURER &
PRINCIPAL OFFICER
TEAMSTERS LOCAL 673
1050 W. ROOSEVELT RD.
WEST CHICAGO, IL 60185
630) 231-6660

# EXHIBIT B

**Employer Name:** Cocono Trucking Inc
**Address:** 251 Mohawk Drive Bensenville, IL 60106

**ER# 5312**
**LOCAL:** 673

**Phone:** (630) 805-2559
**Contact:** Anthony Cano

**Review Date:** 09/03/2024
**Audit Date:** 05/20/2022

**Period Covered:** June 1, 2017 through December 31, 2022

**Error Code Descriptions**
A) Assumed full weeks worked for typical season - no documents available
B) Additional weeks worked according to drive sheets vs reported weeks
C) Over reported weeks worked per provided payroll records
D) Omission - weeks worked in a month no weeks were reported
E) Reported more weeks worked than total weeks in a month

| Name | | Soc Sec No | Error Code | Work Month | Welfare Weeks/Hrs | Pension Weeks/Hrs | Weekly/Hrly Welfare Rate | Weekly Pension Rate | Amount Due Welfare | Amount Due Pension | Employer Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cano Jr | Ernesto | XXX-XX-8578 | A | Jul-17 | 1.00 | 1.00 | $ 347.00 | $ 284.20 | $ 347.00 | $ 284.20 | 5312 |
| Cano Jr | Ernesto | XXX-XX-8578 | A | Sep-17 | 1.00 | 1.00 | $ 347.00 | $ 284.20 | $ 347.00 | $ 284.20 | 5312 |
| Cano Jr | Ernesto | XXX-XX-8578 | A | Nov-17 | 1.00 | 1.00 | $ 347.00 | $ 284.20 | $ 347.00 | $ 284.20 | 5312 |
| Cano Jr | Ernesto | XXX-XX-8578 | B | Aug-19 | 1.00 | 0.75 | $ 379.00 | $ 316.20 | $ 379.00 | $ 237.15 | 5312 |
| Jaramillo | Javier | XXX-XX-6384 | B | Aug-19 | 1.00 | 1.00 | $ 379.00 | $ 316.20 | $ 379.00 | $ 316.20 | 5312 |
| Cano Jr | Ernesto | XXX-XX-8578 | A | Apr-20 | 4.00 | 4.00 | $ 379.00 | $ 316.20 | $ 1,516.00 | $ 1,264.80 | 5312 |
| Cano Jr | Ernesto | XXX-XX-8578 | A | May-20 | 1.00 | 1.00 | $ 379.00 | $ 316.20 | $ 379.00 | $ 316.20 | 5312 |
| Jaramillo | Javier | XXX-XX-6384 | C | Jun-20 | 0.00 | (3.00) | $ 395.00 | $ 336.20 | $ - | $ (1,008.60) | 5312 |
| Jaramillo | Javier | XXX-XX-6384 | D | Apr-21 | 1.00 | 1.00 | $ 395.00 | $ 336.20 | $ 395.00 | $ 336.20 | 5312 |
| Cano | Anthony G | XXX-XX-9870 | D | Jul-21 | 5.00 | 5.00 | $ 413.00 | $ 357.00 | $ 2,065.00 | $ 1,785.00 | 5312 |
| Cano | Anthony G | XXX-XX-9870 | D | Aug-21 | 4.00 | 4.00 | $ 413.00 | $ 357.00 | $ 1,652.00 | $ 1,428.00 | 5312 |
| Cano | Anthony G | XXX-XX-9870 | D | Sep-21 | 4.00 | 4.00 | $ 413.00 | $ 357.00 | $ 1,652.00 | $ 1,428.00 | 5312 |
| Cano | Anthony G | XXX-XX-9870 | D | Oct-21 | 5.00 | 5.00 | $ 413.00 | $ 357.00 | $ 2,065.00 | $ 1,785.00 | 5312 |
| Cano | Anthony G | XXX-XX-9870 | D | Nov-21 | 4.00 | 4.00 | $ 413.00 | $ 357.00 | $ 1,652.00 | $ 1,428.00 | 5312 |
| Cano | Anthony G | XXX-XX-9870 | D | Dec-21 | 3.00 | 3.00 | $ 413.00 | $ 357.00 | $ 1,239.00 | $ 1,071.00 | 5312 |
| Cano | Anthony G | XXX-XX-9870 | A | Apr-22 | 5.00 | 5.00 | $ 413.00 | $ 357.00 | $ 2,065.00 | $ 1,785.00 | 5312 |
| Cano Jr | Ernesto | XXX-XX-8578 | A | Apr-22 | 5.00 | 5.00 | $ 413.00 | $ 357.00 | $ 2,065.00 | $ 1,785.00 | 5312 |
| Cano | Anthony G | XXX-XX-9870 | A | May-22 | 4.00 | 4.00 | $ 413.00 | $ 357.00 | $ 1,652.00 | $ 1,428.00 | 5312 |
| Cano Jr | Ernesto | XXX-XX-8578 | A | May-22 | 4.00 | 4.00 | $ 413.00 | $ 357.00 | $ 1,652.00 | $ 1,428.00 | 5312 |
| Cano Jr | Ernesto | XXX-XX-8578 | A | Jun-22 | 4.00 | 4.00 | $ 429.00 | $ 377.80 | $ 1,716.00 | $ 1,511.20 | 5312 |
| Cano | Anthony G | XXX-XX-9870 | A | Jul-22 | 1.00 | 1.00 | $ 429.00 | $ 377.80 | $ 429.00 | $ 377.80 | 5312 |
| Cano Jr | Ernesto | XXX-XX-8578 | A | Jul-22 | 5.00 | 5.00 | $ 429.00 | $ 377.80 | $ 2,145.00 | $ 1,889.00 | 5312 |
| Cano | Anthony G | XXX-XX-9870 | E | Aug-22 | 0.00 | (1.00) | $ 429.00 | $ 377.80 | $ - | $ (377.80) | 5312 |
| Cano Jr | Ernesto | XXX-XX-8578 | A | Aug-22 | 4.00 | 4.00 | $ 429.00 | $ 377.80 | $ 1,716.00 | $ 1,511.20 | 5312 |
| Cano Jr | Ernesto | XXX-XX-8578 | A | Sep-22 | 4.00 | 4.00 | $ 429.00 | $ 377.80 | $ 1,716.00 | $ 1,511.20 | 5312 |
| Cano | Anthony G | XXX-XX-9870 | A | Oct-22 | 2.00 | 1.00 | $ 429.00 | $ 377.80 | $ 858.00 | $ 377.80 | 5312 |
| Cano Jr | Ernesto | XXX-XX-8578 | A | Oct-22 | 5.00 | 5.00 | $ 429.00 | $ 377.80 | $ 2,145.00 | $ 1,889.00 | 5312 |
| Cano | Anthony G | XXX-XX-9870 | A | Nov-22 | 1.00 | 0.00 | $ 429.00 | $ 377.80 | $ 429.00 | $ - | 5312 |
| Cano Jr | Ernesto | XXX-XX-8578 | A | Nov-22 | 4.00 | 4.00 | $ 429.00 | $ 377.80 | $ 1,716.00 | $ 1,511.20 | 5312 |
| | | | | | | | **Total UNPAID Contributions:** | | **$ 34,718.00** | **$ 27,866.15** | |

**Liquidated Damages 10% UNPAID (Contributions over 1 mo. Late):** $ 3,471.80 $ 2,786.62

**Late Payment Interest .5% per mo. on UNPAID Contributions:**

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| Jul-17 | $ 347.00 | 43.50% | $ 150.95 | $ 284.20 | 43.50% | $ 123.63 |
| Sep-17 | $ 347.00 | 42.50% | $ 147.48 | $ 284.20 | 42.50% | $ 120.79 |
| Nov-17 | $ 347.00 | 41.50% | $ 144.01 | $ 284.20 | 41.50% | $ 117.94 |

**Employer Name:** Cocono Trucking Inc  
**Address:** 251 Mohawk Drive Bensenville, IL 60106

**ER#** 5312  
**LOCAL:** 673

**Phone:** (630) 805-2559  
**Contact:** Anthony Cano

**Review Date:** 09/03/2024  
**Audit Date:** 05/20/2022

**Period Covered:** June 1, 2017 through December 31, 2022

Error Code Descriptions  
A) Assumed full weeks worked for typical season - no documents available  
B) Additional weeks worked according to drive sheets vs reported weeks  
C) Over reported weeks worked per provided payroll records  
D) Omission - weeks worked in a month no weeks were reported  
E) Reported more weeks worked than total weeks in a month

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| Aug-19 | $ 758.00 | 31.00% | $ 234.98 | $ 553.35 | 31.00% | $ 171.54 |
| Apr-20 | $ 1,516.00 | 27.00% | $ 409.32 | $ 1,264.80 | 27.00% | $ 341.50 |
| May-20 | $ 379.00 | 26.50% | $ 100.44 | $ 316.20 | 26.50% | $ 83.79 |
| Apr-21 | $ 395.00 | 21.00% | $ 82.95 | $ 336.20 | 21.00% | $ 70.60 |
| Jul-21 | $ 2,065.00 | 19.50% | $ 402.68 | $ 1,785.00 | 19.50% | $ 348.08 |
| Aug-21 | $ 1,652.00 | 19.00% | $ 313.88 | $ 1,428.00 | 19.00% | $ 271.32 |
| Sep-21 | $ 1,652.00 | 18.50% | $ 305.62 | $ 1,428.00 | 18.50% | $ 264.18 |
| Oct-21 | $ 2,065.00 | 18.00% | $ 371.70 | $ 1,785.00 | 18.00% | $ 321.30 |
| Nov-21 | $ 1,652.00 | 17.50% | $ 289.10 | $ 1,428.00 | 17.50% | $ 249.90 |
| Dec-21 | $ 1,239.00 | 17.00% | $ 210.63 | $ 1,071.00 | 17.00% | $ 182.07 |
| Apr-22 | $ 4,130.00 | 15.00% | $ 619.50 | $ 3,570.00 | 15.00% | $ 535.50 |
| May-22 | $ 3,304.00 | 14.50% | $ 479.08 | $ 2,856.00 | 14.50% | $ 414.12 |
| Jun-22 | $ 1,716.00 | 14.00% | $ 240.24 | $ 1,511.20 | 14.00% | $ 211.57 |
| Jul-22 | $ 2,574.00 | 13.50% | $ 347.49 | $ 2,266.80 | 13.50% | $ 306.02 |
| Aug-22 | $ 1,716.00 | 13.00% | $ 223.08 | $ 1,133.40 | 13.00% | $ 147.34 |
| Sep-22 | $ 1,716.00 | 12.50% | $ 214.50 | $ 1,511.20 | 12.50% | $ 188.90 |
| Oct-22 | $ 3,003.00 | 12.00% | $ 360.36 | $ 2,266.80 | 12.00% | $ 272.02 |
| Nov-22 | $ 2,145.00 | 11.50% | $ 246.68 | $ 1,511.20 | 11.50% | $ 173.79 |

**Total Late Payment Interest Unpaid Contributions:** $ 5,894.67   $ 4,915.90

**Total Due Unpaid Contributions + Liq. Damages + Late Interest:** $ 44,084.47   $ 35,568.67

**Employer Name:** Cocono Trucking Inc
**Address:** 251 Mohawk Drive Bensenville, IL 60106

**ER# 5312**
**LOCAL:** 673

**Phone:** (630) 805-2559
**Contact:** Anthony Cano

**Review Date:** 09/03/2024
**Audit Date:** 05/20/2022

**Period Covered:** June 1, 2017 through December 31, 2022

Error Code Descriptions
A) Assumed full weeks worked for typical season - no documents available
B) Additional weeks worked according to drive sheets vs reported weeks
C) Over reported weeks worked per provided payroll records
D) Omission - weeks worked in a month no weeks were reported
E) Reported more weeks worked than total weeks in a month

| Paid Contributions Discrepancies | WELFARE | PENSION |
|---|---|---|
| Jun-17 Overpaid Pension Fund | $ - | $ (40.00) |
| Oct-22 Did Not Remit Rate Increase | $ 111.00 | $ - |
| Nov-22 Did Not Remit Rate Increase | $ 111.00 | $ - |

| Paid Contributions Interest and Liquidated Damages | WELFARE | PENSION |
|---|---|---|
| Jul-17 Contributions Received September 2017 - INTEREST | $ 6.94 | $ 5.48 |
| May-20 Contributions Received July 2020 - INTEREST | $ - | $ 0.50 |
| Jul-20 Contributions Received September 2020 - INTEREST | $ - | $ 0.35 |
| Aug-21 Contributions Received October 2021 - INTEREST | $ 8.26 | $ 7.14 |
| Jun-22 Contributions Received March 2023 - INTEREST | $ 68.64 | $ 60.45 |
| Jun-22 Contributions Received March 2023 - LD | $ 171.60 | $ 151.12 |
| Jul-22 Contributions Received March 2023 - INTEREST | $ 60.06 | $ 52.89 |
| Jul-22 Contributions Received March 2023 - LD | $ 171.60 | $ 151.12 |
| **Total Due on Paid Contributions:** | **$ 709.10** | **$ 389.05** |

| TOTAL AMOUNT DUE ER # 5312 | $ 44,793.57 | $ 35,957.72 |
|---|---|---|