**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 2026 C 1912 |
| | ) ) | Judge Matthew F. Kennelly |
| COCONO TRUCKING, INCORPORATED an Illinois corporation | ) ) ) | Magistrate Judge Daneil P. McLaughlin |
| Defendant. | ) ) ) | |

**MOTION FOR JUDGMENT IN SUM CERTAIN**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 55(b)(2) move for judgment in sum certain as stated in this Motion and the supporting Affidavits attached hereto as Exhibits 1 and 2. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on February 20, 2026 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service was made upon COCONO TRUCKING, INCORPORATED, an Illinois corporation on March 11, 2026.

3. Pursuant to the collective bargaining agreements between COCONO TRUCKING, INCORPORATED, and the Union, COCONO TRUCKING INCORPORATED, failed and continues to fail to make its obligated contributions to the Fund for the period June 1, 2017 through December 31, 2022 as disclosed in an audit conducted on September 3, 2024 (Exhibit A).

4. The audit disclosed $44,793.57 due the Welfare Fund and $3,129.27 due the Pension Fund for a total of $80,751.29.

5.

9.      Defendant is now in default on the Complaint and as supported by the attached

Affidavits (Exhibits 1 and 2) the sums due are:

$44,793.57 Welfare
$35,957.72 Pension
$1,250.00   Attorneys fees
  $485.00   Court costs
$86,486.29  Total

WHEREFORE, Plaintiffs pray for:

1.      Entry of judgment in a sum certain against Defendant, COCONO TRUCKING

INCORPORATED, an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE

SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS

in the amount of $86,486.29 with no just reason for delay in enforcement under FRCP 54(b).

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION AND
WELFARE FUNDS

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  April 8, 2026