**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds, <br><br> Plaintiff(s), <br><br> v. <br><br> Cocono Trucking, Incorporated, an Illinois corporation, <br><br> Defendant(s). | Case No.  26 C 1912 <br> Judge Matthew F. Kennelly |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds

and against defendant(s) Cocono Trucking, Incorporated, an Illinois corporation
in the amount of $86,486.29 ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge  presiding, and the jury has rendered a verdict.
☐ tried by Judge  without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion

Date:  4/10/2026                                    Thomas G. Bruton, Clerk of Court

Melissa Astell , Deputy Clerk