**FILED**

JUN 30 2026

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

### AFFIDAVIT FOR NON WAGE GARNISHMENT AND INTERROGATORIES

Case Number: 1. 2026 C 1912
Garnishee: Fifth Third Bank

Defendant: COCONO TRUCKING INC.
Return Date:

#### ANSWER TO INTERROGATORIES BY GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the Judgment Debtor or in which he/she had an interest?

   Answer: ~~NO~~ YES

2. If your answer is yes, describe the property:

   FUNDS HELD $5,394.76

   Adverse Claimant:

   Address:

3. When you were served with summons, were you otherwise indebted to him/her, no matter when payable?

   Answer:

4. If you answer is yes, state:

   ~~NONE~~

   Description:

   Amount $_____ Date Due: _____

#### AFFIDAVIT

_____ the undersigned certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the statements set forth in this Answer to Interrogatories as true and correct. I further state that a copy of this Answer to Interrogatories by Garnishee has been sent by first class mail to the Judgment Creditor or his/her attorney and to the Judgment Debtor at the address specified in the Affidavit or any other address or location of the Judgment Debtor known to the Garnishee.

Signature _[signature]_

Subscribed and Sworn to before me:
Date _____ 20__

Notary Public – Circuit Court Clerk

S. Cole 6/22/2026
Legal Operations | Servicing Specialist
Fifth Third Bank, N.A.
Fifth Third Bank, N.A., successor by merger to Comerica Bank|
5050 Kingsley Dr | MD 1MOC2Q | Cincinnati, OH 45263
PH: 513-358-9355 fax: 513.358-1279

#### IMPORTANT INSTRUCTIONS

1. You must electronically file a copy of your answer to the McHenry County Clerk of the Circuit Court at 2200 N. Seminary Avenue, Woodstock, Illinois 60098. (This must be a notarized answer).
2. You must mail a copy of your answer to the Judgment Creditor or his/her attorney.
3. You must mail a copy of your answer to the Judgment Debtor.
4. Upon a receipt in duplicate of a Release or Satisfaction of Judgment, or a written order of court, you should remit the total amount deducted for the Judgment Creditor whose name appears on the first page of this form, or if there is no attorney representing the Judgment Creditor, you should remit the total amount deducted to the Judgment Creditor.
5. If the Judgment Debtor has filed a notice to contest the garnishment or to seek exemptions as permitted by law, do not forward any amount deducted without a written order of court.
6. At the time that you forward the proceeds deducted, you must also forward to the Clerk of the Court, the original of the Release and Satisfaction. This is the only way in which the court records will show that the judgment against you as the Garnishee has been satisfied. There is no charge for filing the Release and Satisfaction. Mail the release to McHenry County Clerk of the Circuit Court, 2200 N. Seminary Avenue, Woodstock, Illinois 60098.

**DO NOT SEND MONIES WITHHELD TO THE CIRCUIT COURT CLERK**
TYPE: Affidavit
CV-AFF1: Revised 12/01/06                         page 2 of 2

Fifth Third Bank
5050 Kingsley Drive
MD: 1MOC2Q
Cincinnati, Ohio 45263



THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION
219 SOUTH DEARBORN ST
CHICAGO, IL 60604

LGLOPS/FTBW/20260623/10N1/472674C





**FIFTH THIRD**

PRESORTED FIRST CLASS
US POSTAGE
PAID
CINCINNATI, OHIO
PERMIT NO. 5461

20260624

## This could be your last paper statement!

Turn over and scan to switch.



RECEIVED

JUN 3 0 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

5 ETJ-NP1 60604