# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.:   2026 C 1912 |
| v. | ) ) | Judge Matthew F. Kennelly |
| COCONO TRUCKING, INCORPORATED an Illinois corporation | ) ) ) | Magistrate Judge Daniel P. McLaughlin |
| Defendant. | ) ) | |

## TURNOVER ORDER

This matter coming to be heard upon Plaintiff's Motion for Turnover of Funds held pursuant to a Citation to Discover Assets, it is hereby ordered that:

1.    Fifth Third Bank is directed to pay to the judgment creditor, the Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds, the sum of $5,394.76 the amount held by Fifth Third Bank pursuant to a Citation to Discover Assets and deliver said proceeds by check to Plaintiff's counsel, Arnold and Kadjan, LLP, 35 E. Wacker Drive, Suite 600, Chicago, Illinois 60601.

2.    Fifth Third Bank. is restrained and enjoined from making any further or future payments of money or other goods to judgment debtors, Cocono Trucking, Incorporated, an Illinois corporation and to hold such payments for the benefit of the judgment creditor, Suburban Teamsters of Northern Illinois Fringe Benefit Funds and to pay unto them, until such time as the judgment has been fully satisfied.

Dated:

Enter:

_____
HONORABLE JUDGE MATTHEW F. KENELLY