**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Trustees of the Suburban Teamsters of Northern
Illinois Welfare and Pension Funds

 Plaintiff,

v. Case No.:
 1:26–cv–01912
 Honorable Matthew F.
 Kennelly

Cocono Trucking, Incorporated, an Illinois
corporation

 Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 17, 2026:

 MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion for a rule to show cause [25] is denied, without prejudice to refiling, due to plaintiffs' failure to comply with the clearly stated requirement on Judge Kennelly&#0;39;s web page to send a Word version of the proposed order to his proposed order e–mail address at the time of filing the motion. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.