## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
                                         )
             Plaintiffs, )
                                           ) Case No.:   26 C 1912
     v. )
                                           ) Judge Matthew F. Kennelly
                                           )
COCONO TRUCKING, INCORPORATED )
an Illinois corporation )
                                         )
             Defendant. )

## ORDER TO SHOW CAUSE

**THIS CAUSE** coming on to be heard on Plaintiff's Motion for Rule to Show Cause, due Notice having been given;

**IT IS HEREBY ORDERED:**

1.     MANUEL R. CANO, President and Registered Agent of Cocono Trucking, Incorporated, an Illinois corporation, shall personally appear before this Court on August 14, 2026, at 9:30 a.m.. in Courtroom 2103.

2.     At that time, this Court will hold a hearing on Plaintiffs' Motion for a Rule to Show Cause why MANUEL R. CANO, President and Registered Agent of Cocono Trucking, Incorporated, an Illinois corporation, should not be held in contempt of this Court for his failure to appear for his Citation to Discover Assets on June 29, 2026 which was timely served.

Date:  7/18/2026

Entered:

_____
JUDGE MATTHEW F. KENNELLY