**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: **Trustees of the Suburban Teamsters of**          Case Number: 26-cv-1912
**Northern Illinois Welfare and Pension Funds**
       **v.**
**Cocono Trucking, Inc., an Illinois corporation**

An appearance is hereby filed by the undersigned as attorney for:
**Defendant, Cocono Trucking, Inc.**

Attorney name (type or print):  **Todd A. Miller**

Firm:     **Allocco, Miller & Cahill, P.C.**

Street address:     **20 N. Wacker Drive, Suite 3517**

City/State/Zip:   **Chicago, IL 60606**

Bar ID Number: **6216561**                    Telephone Number:     **(312) 675-4325**
(See item 3  in instructions)

Email Address: **tam@alloccomiller.com**

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.       ☐    Retained Counsel

                                                      ☐    Appointed Counsel
                                                           If appointed counsel, are you a

                                                      ☐ Federal Defender

                                                      ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/8/26

Attorney signature:     S/ Todd A. Miller _____
                        (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023