**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds

Plaintiff,

v.

Case No.: 1:26−cv−01912
Honorable Matthew F. Kennelly

Cocono Trucking, Incorporated, an Illinois corporation

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 9, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: At the request of the parties, the in−person show cause hearing set for 9/15/2026 is vacated and reset to 9/22/2026 at 9:30 a.m. The hearing will be held in Courtroom 2103. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.