**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) | |
| Plaintiffs, | ) | Case No.: 2026 C 1912 |
| v. | ) | Judge Matthew F. Kennelly |
| COCONO TRUCKING, INCORPORATED an Illinois corporation | ) | Magistrate Judge Daneil P. McLaughlin |
| Defendant. | ) | |

**PLAINTIFFS MOTION TO WITHDRAW ITS MOTION FOR RULE TO SHOW CAUSE**

NOW COME the Plaintiffs, by and through their attorneys, JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP, and for their Motion to Withdraw Its Motion for Rule to Show Cause, states as follows:

1. On July 17, 2026 Plaintiffs filed a Motion for Rule to Show Cause why MANUEL R. CANO, President and Registered Agent of Cocono Trucking, Incorporated, an Illinois corporation, should not be held in contempt of this Court for failure to appear for his Citation to Discover Assets. In support of their Motion, Plaintiffs state as follows:

2. On August 14, 2026 Plaintiffs' Motion was heard and continued to September 2, 2026.

3. On September 2, 2026 Plaintiffs' Motion was continued to September 15, 2026 and re-set to September 22, 2026.

4. In the interim, all matters in dispute have been resolved Plaintiffs request that their Motion for Rule to Show Cause be withdrawn.

**WHEREFORE,** Plaintiffs pray for relief as follows:

A. That their Motion to Withdraw Its Motion for Rule to Show be withdrawn.

Respectfully submitted,

**s/John J. Toomey**
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: September 15, 2026