**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 2026 C 1912 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| COCONO TRUCKING, INCORPORATED an Illinois corporation | ) | Magistrate Judge Daniel P. McLaughlin |
| Defendant. | ) | |

**ORDER**

**THIS CAUSE** coming on to be heard on Plaintiffs Motion to Withdraw Its Motion for Rule to Show Cause, due Notice having been given;

**IT IS HEREBY ORDERED:**

1. Plaintiffs Motion to Withdraw Its Motion for Rule to Show Cause is granted.

Date:

Entered:

____________________________________
JUDGE MATTHEW F. KENNELLY

JOHN J. TOOMEY
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415