**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) | |
| Plaintiffs, | ) | Case No.: 2026 C 1912 |
| v. | ) | Judge Matthew F. Kennelly |
| COCONO TRUCKING, INCORPORATED an Illinois corporation | ) | Magistrate Judge Daniel P. McLaughlin |
| Defendant. | ) | |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To: Todd Miller
Kathleen Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on September 15, 2026, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

1. Plaintiffs Motion to Withdraw Its Motion for Rule to Show Cause

a copy of which is attached hereto and served upon you.

TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, Plaintiffs

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: September 15, 2026

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system.

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: September 15, 2026